Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:22-bk-11206-RB  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/29/23 | $315.00 | 03/2023 | $630.00 |
| 03/01/23 | $315.00 | 02/2023 | $0.00 |
| 01/30/23 | $315.00 | 01/2023 | $315.00 |
| 12/30/22 | $315.00 | 12/2022 | $315.00 |
| 11/29/22 | $315.00 | 11/2022 | $315.00 |
| 10/26/22 | $315.00 | 10/2022 | $315.00 |
| 09/26/22 | $315.00 | 09/2022 | $315.00 |
| 08/29/22 | $315.00 | 08/2022 | $315.00 |
| 07/25/22 | $315.00 | 07/2022 | $315.00 |
| 06/28/22 | $315.00 | 06/2022 | $315.00 |
| 05/25/22 | $315.00 | 05/2022 | $330.00 |
| 05/05/22 | $15.00 | 04/2022 | $300.00 |

DEMION STARR LEWIS
CHANIQUA RENEA LEWIS
1488 E. 8TH STREET
BEAUMONT, CA  92223

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 03/31/2022 | MONTHLY PLAN PMT AMT: $315.00 | FEES PAID TO ATTY: $1,890.00 |
| 1ST MEETING DATE: | 05/04/2022 | GROSS RECEIPTS: $3,780.00 | FEES PAID TO TRUSTEE: $224.90 |
| CONFIRMATION DATE: | 08/25/2022 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $1,378.14 | BALANCE ON HAND: $286.96 |
| PERCENT TO UNSEC.: | 15.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $1,890.00 | $0.00 | $1,610.00 |
| 0001 | CAPITAL ONE AUTO FINANCE | SECURED | 0.00 | $15,553.00 | $14,940.44 | $0.00 | $0.00 | $0.00 |
| 0002 | NATIONSTAR MORTGAGE LLC DBA | SECURED | 0.00 | $349,537.00 | $342,071.59 | $0.00 | $0.00 | $0.00 |
| 0003 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $6,405.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | ARROWHEAD CREDIT UNION | UNSECURED | 0.00 | $3,016.00 | $2,998.23 | $0.00 | $0.00 | $449.73 |
| 0005 | ARROWHEAD CREDIT UNION | UNSECURED | 0.00 | $290.00 | $290.60 | $0.00 | $0.00 | $43.59 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $5,083.00 | $5,123.02 | $0.00 | $0.00 | $768.45 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $2,851.00 | $2,937.58 | $0.00 | $0.00 | $440.64 |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $1,258.00 | $1,284.16 | $0.00 | $0.00 | $192.62 |
| 0009 | PACIFIC CREDIT SERVICES | UNSECURED | 0.00 | $31.00 | $32.60 | $0.00 | $0.00 | $4.89 |
| 0010 | CAVALRY SPV I, LLC | UNSECURED | 0.00 | $3,653.00 | $3,715.05 | $0.00 | $0.00 | $557.26 |
| 0011 | COMENITY BANK/OVERSTOCK | UNSECURED | 0.00 | $8,690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $404.00 | $561.45 | $0.00 | $0.00 | $84.22 |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $21,570.00 | $21,570.12 | $0.00 | $0.00 | $3,235.52 |
| 0014 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $19,547.00 | $19,547.48 | $0.00 | $0.00 | $2,932.12 |
| 0015 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $16,525.00 | $16,525.95 | $0.00 | $0.00 | $2,478.89 |
| 0016 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $8,193.00 | $8,193.43 | $0.00 | $0.00 | $1,229.01 |
| 0017 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $1,011.00 | $1,031.27 | $0.00 | $0.00 | $154.69 |
| 0018 | LVNV FUNDING LLC | UNSECURED | 0.00 | $4,179.00 | $4,179.96 | $0.00 | $0.00 | $626.99 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 0.00 | $12,545.00 | $13,082.05 | $0.00 | $0.00 | $1,962.31 |
| 0020 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,588.00 | $2,588.32 | $0.00 | $0.00 | $388.25 |
| 0021 | SYNCHRONY BANK | UNSECURED | 0.00 | $2,342.00 | $2,382.04 | $0.00 | $0.00 | $357.31 |
| 0022 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $1,856.00 | $2,051.04 | $0.00 | $0.00 | $307.66 |
| 0023 | TARGET | UNSECURED | 0.00 | $1,216.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | KOHLS | UNSECURED | 0.00 | $3,441.00 | $3,662.92 | $0.00 | $0.00 | $549.44 |
| 0025 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $3,738.00 | $3,778.46 | $0.00 | $0.00 | $566.77 |
| 0026 | TARGET | UNSECURED | 0.00 | $4,169.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0027 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $0.00 | $2,153.90 | $0.00 | $0.00 | $323.08 |
| 0028 | BME SERVICES FKA | UNSECURED | 0.00 | $0.00 | $197.82 | $0.00 | $0.00 | $29.67 |
| 0029 | VERIZON | UNSECURED | 0.00 | $0.00 | $1,601.02 | $0.00 | $0.00 | $240.15 |
| 0030 | MATTHEW JENNINGS, TREASURER- | SECURED | 18.00 | $0.00 | $3,572.10 | $777.20 | $600.94 | $2,794.90 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$22,328.16** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.