United States Bankruptcy Court

Central District of California

In re:                                                                Case No. 22-11206-MH

Demion Starr Lewis                                  Chapter 13

Chaniqua Renea Lewis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6                               User: admin                                    Page 1 of 2

Date Rcvd: May 18, 2023                        Form ID: trc                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 41200327 | + Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:30:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023                                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor Chaniqua Renea Lewis bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Demion Starr Lewis bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| JaVonne M Phillips | on behalf of Creditor Nationstar Mortgage LLC bknotice@mccarthyholthus.com jphillips@ecf.courtdrive.com |

District/off: 0973-6      User: admin      Page 2 of 2
Date Rcvd: May 18, 2023      Form ID: trc      Total Noticed: 1

Nancy L Lee
     on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Nancy L Lee
     on behalf of Creditor Nationstar Mortgage LLC bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Rod Danielson (TR)
     notice-efile@rodan13.com

United States Trustee (RS)
     ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
     on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 6:22-bk-11206-MH
Chapter 13

In re: Debtor(s) (including Name and Address)

Demion Starr Lewis
1488 E. 8th Street
Beaumont CA 92223

Chaniqua Renea Lewis
1488 E. 8th Street
Beaumont CA 92223

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/18/2023.

Name and Address of Alleged Transferor(s):

Claim No. 25: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/20/23

Kathleen J. Campbell
**CLERK OF THE COURT**