Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:22-bk-11206-RB  AS OF 3/29/2024

DEMION STARR LEWIS
CHANIQUA RENEA LEWIS
1488 E. 8TH STREET
BEAUMONT, CA  92223

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 02/29/24 | $315.00 | 03/2024 | $0.00 |
| 02/05/24 | $315.00 | 02/2024 | $630.00 |
| 01/03/24 | $315.00 | 01/2024 | $315.00 |
| 12/04/23 | $315.00 | 12/2023 | $315.00 |
| 11/01/23 | $315.00 | 11/2023 | $315.00 |
| 10/02/23 | $315.00 | 10/2023 | $315.00 |
| 09/01/23 | $315.00 | 09/2023 | $315.00 |
| 07/31/23 | $315.00 | 08/2023 | $0.00 |
| 06/29/23 | $315.00 | 07/2023 | $315.00 |
| 05/30/23 | $315.00 | 06/2023 | $315.00 |
| 05/01/23 | $315.00 | 05/2023 | $630.00 |
| 03/29/23 | $315.00 | 04/2023 | $0.00 |

CURRENT CASE DISPOSITION: **ACTIVE**

| | |
|---|---|
| FILING DATE: | 03/31/2022 |
| 1ST MEETING DATE: | 05/04/2022 |
| CONFIRMATION DATE: | 08/25/2022 |
| TERM OF PLAN: | 60 MONTHS |

| | |
|---|---|
| MONTHLY PLAN PMT AMT: | $315.00 |
| GROSS RECEIPTS: | $7,245.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $3,183.98 |

| | |
|---|---|
| FEES PAID TO ATTY: | $3,500.00 |
| FEES PAID TO TRUSTEE: | $561.02 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $0.00 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0001 | CAPITAL ONE AUTO FINANCE | SECURED | 0.00 | $15,553.00 | $14,940.44 | $0.00 | $0.00 | $0.00 |
| 0002 | NATIONSTAR MORTGAGE LLC DBA | SECURED | 0.00 | $349,537.00 | $342,071.59 | $0.00 | $0.00 | $0.00 |
| 0003 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $6,405.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | ARROWHEAD CREDIT UNION | UNSECURED | 0.00 | $3,016.00 | $2,998.23 | $0.00 | $0.00 | $449.73 |
| 0005 | ARROWHEAD CREDIT UNION | UNSECURED | 0.00 | $290.00 | $290.60 | $0.00 | $0.00 | $43.59 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $5,083.00 | $5,123.02 | $0.00 | $0.00 | $768.45 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $2,851.00 | $2,937.58 | $0.00 | $0.00 | $440.64 |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $1,258.00 | $1,284.16 | $0.00 | $0.00 | $192.62 |
| 0009 | PACIFIC CREDIT SERVICES | UNSECURED | 0.00 | $31.00 | $32.60 | $0.00 | $0.00 | $4.89 |
| 0010 | CAVALRY SPV I, LLC | UNSECURED | 0.00 | $3,653.00 | $3,715.05 | $0.00 | $0.00 | $557.26 |
| 0011 | COMENITY BANK/OVERSTOCK | UNSECURED | 0.00 | $8,690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $404.00 | $561.45 | $0.00 | $0.00 | $84.22 |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $21,570.00 | $21,570.12 | $0.00 | $0.00 | $3,235.52 |
| 0014 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $19,547.00 | $19,547.48 | $0.00 | $0.00 | $2,932.12 |
| 0015 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $16,525.00 | $16,525.95 | $0.00 | $0.00 | $2,478.89 |
| 0016 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $8,193.00 | $8,193.43 | $0.00 | $0.00 | $1,229.01 |
| 0017 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $1,011.00 | $1,031.27 | $0.00 | $0.00 | $154.69 |
| 0018 | LVNV FUNDING LLC | UNSECURED | 0.00 | $4,179.00 | $4,179.96 | $0.00 | $0.00 | $626.99 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 0.00 | $12,545.00 | $13,082.05 | $0.00 | $0.00 | $1,962.31 |
| 0020 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,588.00 | $2,588.32 | $0.00 | $0.00 | $388.25 |
| 0021 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $2,342.00 | $2,382.04 | $0.00 | $0.00 | $357.31 |
| 0022 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $1,856.00 | $2,051.04 | $0.00 | $0.00 | $307.66 |
| 0023 | TARGET | UNSECURED | 0.00 | $1,216.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | KOHLS | UNSECURED | 0.00 | $3,441.00 | $3,662.92 | $0.00 | $0.00 | $549.44 |
| 0025 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $3,738.00 | $3,778.46 | $0.00 | $0.00 | $566.77 |
| 0026 | TARGET | UNSECURED | 0.00 | $4,169.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0027 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $0.00 | $2,153.90 | $0.00 | $0.00 | $323.08 |
| 0028 | BME SERVICES | UNSECURED | 0.00 | $0.00 | $197.82 | $0.00 | $0.00 | $29.67 |
| 0029 | VERIZON | UNSECURED | 0.00 | $0.00 | $1,601.02 | $0.00 | $0.00 | $240.15 |
| 0030 | MATTHEW JENNINGS, TREASURER- | SECURED | 18.00 | $0.00 | $3,572.10 | $2,185.77 | $998.21 | $1,386.33 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$19,309.59** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.