ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**MAY 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

|  |  |
|---|---|
| DEMION STARR LEWIS<br>CHANIQUA RENEA LEWIS<br><br><br><br><br>                                    Debtor. | Case No. 6:22-bk-11206-MH<br><br>Chapter 13<br><br>**ORDER DISMISSING CHAPTER 13 CASE**<br><br>(No hearing required) |

The trustee's Motion for Order Dismissing Chapter 13 Proceeding (Delinquency) (the "Motion") was served and filed on May 7, 2024, at docket # 59.  There being no opposition to the Motion filed, and the debtor having failed to cure the default as evidenced by the trustee's amended declaration in support of the Motion filed on May 28, 2024, at docket # 61, and good cause appearing:

///

///

**IT IS ORDERED** that the Motion is granted and the above-captioned case is dismissed without prejudice.

###

Date: May 28, 2024

Mark Houle
United States Bankruptcy Judge