```
1  Rod Danielson
   Chapter 13 Trustee
2  3787 University Avenue
   Riverside, CA 92501
3  Tel. (951) 826-8000, Fax (951) 826-8090
4
5
                    UNITED STATES BANKRUPTCY COURT
6           CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
7
8
9   IN RE:                              Case No.: 6:22-bk-11206-MH
10  DEMION STARR LEWIS                  NOTICE OF VOLUNTARY DISMISSAL
    CHANIQUA RENEA LEWIS                OF TRUSTEE'S MOTION FOR ORDER
11                                      DISMISSING CHAPTER 13 CASE
                    Debtor(s).          [ 11 U.S.C. 1307(c) ]
12
13                                      (No Date Set)
14
15  TO DEBTOR, COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:

16  Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated

17  5/21/2024.
18
19      Date:   5/28/2024                        /s/ Rod Danielson
20                                                  Signature
```

FG:168 - 05/28/2024 - RD