**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**6 DIVISION**

| | |
|---|---|
| In re:<br>DEMION STARR LEWIS<br>CHANIQUA RENEA LEWIS<br>Debtor(s) | Case No. 6:22-bk-11206-MH |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Rod Danielson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2022.

2) The plan was confirmed on 08/25/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/08/2024, 05/22/2024.

5) The case was dismissed on 05/28/2024.

6) Number of months from filing or conversion to last payment: 23.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $602,634.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,245.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,245.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $561.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,061.02** |
| Attorney fees paid and disclosed by debtor: | $1,500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARROWHEAD CREDIT UNION | Unsecured | 3,016.00 | 2,998.23 | 2,998.23 | 0.00 | 0.00 |
| ARROWHEAD CREDIT UNION | Unsecured | 290.00 | 290.60 | 290.60 | 0.00 | 0.00 |
| BME SERVICES | Unsecured | NA | 197.82 | 197.82 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 15,553.00 | 14,940.44 | 14,940.44 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 5,083.00 | 5,123.02 | 5,123.02 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 2,851.00 | 2,937.58 | 2,937.58 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 1,258.00 | 1,284.16 | 1,284.16 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 2,153.90 | 2,153.90 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | 3,653.00 | 3,715.05 | 3,715.05 | 0.00 | 0.00 |
| COMENITY BANK/OVERSTOCK | Unsecured | 8,690.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,405.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 3,441.00 | 3,662.92 | 3,662.92 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 4,179.00 | 4,179.96 | 4,179.96 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 12,545.00 | 13,082.05 | 13,082.05 | 0.00 | 0.00 |
| MATTHEW JENNINGS, TREASURER-T | Secured | NA | 3,572.10 | 3,572.10 | 2,185.77 | 998.21 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,738.00 | 3,778.46 | 3,778.46 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,856.00 | 2,051.04 | 2,051.04 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC DBA N | Secured | 349,537.00 | 342,071.59 | 342,071.59 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 21,570.00 | 21,570.12 | 21,570.12 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 19,547.00 | 19,547.48 | 19,547.48 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 16,525.00 | 16,525.95 | 16,525.95 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 8,193.00 | 8,193.43 | 8,193.43 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 1,011.00 | 1,031.27 | 1,031.27 | 0.00 | 0.00 |
| PACIFIC CREDIT SERVICES | Unsecured | 31.00 | 32.60 | 32.60 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,588.00 | 2,588.32 | 2,588.32 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 404.00 | 561.45 | 561.45 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,342.00 | 2,382.04 | 2,382.04 | 0.00 | 0.00 |
| TARGET | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 4,169.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 1,601.02 | 1,601.02 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $360,584.13 | $2,185.77 | $998.21 |
| **TOTAL SECURED:** | **$360,584.13** | **$2,185.77** | **$998.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$119,488.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,061.02 |
| Disbursements to Creditors | $3,183.98 |
| **TOTAL DISBURSEMENTS:** | **$7,245.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/15/2024    By: _____
                              Rod Danielson, Chapter 13 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

| In re:  **DEMION STARR LEWIS**<br>**CHANIQUA RENEA LEWIS**<br><br>Debtors | **Chapter: 13**<br><br>Case Number: **6:22-bk-11206-MH** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **07/15/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee: ustpregion16.rs.ecf@usdoj.gov**
**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **07/15/2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

DEMION STARR LEWIS
CHANIQUA RENEA LEWIS
1488 E. 8TH STREET
BEAUMONT, CA  92223

HESTON & HESTON,
ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA  92612

☐ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

**UST Form 101-13-FR-S (09/01/2009)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/15/2024 | Tony Ho | *Tony Ho* (signed) |
|---|---|---|
| Date | Type Name | Tony Ho |

**UST Form 101-13-FR-S (09/01/2009)**